PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Okbar Gillen      Cr.: 19-00164-001
     PACTS #: 5728033

Name of Sentencing Judicial Officer:     THE HONORABLE ESTHER SALAS
                                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/07/2019

Original Offense:     Count One: Unlawful Transport Of Firearms, 18 U.S.C. Sec. 922 (g)(f)

Original Sentence: 37 months imprisonment, 3 years supervised release

Special Conditions: Alcohol/Drug Treatment, Substance Abuse Testing, Special Assessment, Gang/Criminal Associate Prohibition, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 05/07/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On or about May 15, 2023, Mr. Gillen tested positive for marijuana, as evidenced by a urine specimen submitted by him to the U.S. Probation Officer in the Western District of Pennsylvania (WD/PA). |
| | Urinalysis was submitted to the lab, confirming positive urinalysis for marijuana. Mr. Gillen subsequently denied any substance use. |

U.S. Probation Officer Action:

Mr. Gillen's U.S. Probation Officer in the WD/PA verbally admonished him for using marijuana. As a correctional strategy, Mr. Gillen was referred for a substance abuse assessment and failed to attend the scheduled appointment.

The U.S. Probation Office in the WD/PA is respectively requesting that no Court action be taken at this time. Our office concurs with the recommendation of the U.S. Probation Office in the WD/PA, as it appears they are addressing the issue with appropriate correctional actions.

Prob 12A – page 2
Okbar Gillen

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____   07/12/2023
KEVIN M. VILLA,                   Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date